**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Stuart B. Rodgers - 025720
Email: stuart.rodgers@lane-nach.com

Attorneys for Eric M. Haley, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

SKY BLUE HELICOPTERS, LLC,

Debtor.

(Chapter 7 Case)

No. 2:13-bk-00741-SSC

**NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY OF THE DEBTOR LOCATED AT 7430 E. BUTHERUS DR. SUITE C, SCOTTSDALE, AZ**

TO: CREDITORS AND PARTIES-IN-INTEREST:

NOTICE is hereby given that, Eric M. Haley, Chapter 7 Trustee, will abandon the following described property on the grounds that it is, after consideration of the value of the property and potential creditor interests/encumbrances, burdensome and of inconsequential value to the estate:

| | |
|---|---|
| Glass Desk  1 | Small Fake Plant  2 |
| Large Reception Desk  1 | Large Fake Plant  1 |
| Wood Desk  2 | Large Fica Tree  1 |
| Desk Chairs  3 | Acer Laptop  1 |
| Padded Side Chairs  5 | Inkjet Printer  1 |
| Matching Leather Chairs  4 | Wood Entertainment Center  1 |
| Matching Leather Sofa  1 | Small White Board  2 |
| Barstool Chairs  2 | Desktop Organizer  2 |
| Filing Cabinet  1 | Large Framed Mirror  1 |
| Floor Shelf  1 | Large Map Of Arizona  1 |
| Large Floor Shelf  1 | Coffee Maker  1 |
| Small Wall Shelf  2 | Misc. Paper And Office Supplies |

And all other miscellaneous office equipment located at 7430 E. Butherus Dr. Suite C, Scottsdale, Az "Property"

The Property shall be deemed abandoned from the bankruptcy estate, as the costs of recovery, auction and sale would exceed any likely benefit to creditors of the Estate, unless on or before 14 days from the date of this mailing, a written objection to the abandonment is filed with the Clerk of the Court, United States Bankruptcy Court, as follows: (a) by hand-delivery or by mail to 230 North First Avenue, Suite 101, Phoenix, Arizona 85003-1706; or (b) electronically at the Court's website: ecf.azb.uscourts.gov using the Court's electronic filing procedures. A copy of the objection shall be mailed to the attorney for the Trustee, Adam B. Nach, Lane & Nach, P.C., 2025 North Third Street, Suite 157, Phoenix, AZ 85004.

If a party in interest timely objects to the abandonment and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If no objections are received, the property will be deemed abandoned without further notice to you.

DATED: March 8, 2013.

**LANE & NACH, P.C.**

By /s/ Stuart B. Rodgers
 Stuart B. Rodgers
 Attorneys for Eric M. Haley, Trustee